UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: CHAPTER 7
SHYRIA LYONS & ABDULLAH MUKHTAR :
: BANKR. NO. 19-10504-MDC
:
Debtors. :

**ORDER GRANTING THE ACTING UNITED STATES TRUSTEE'S MOTION PURSUANT TO SECTION 329 AND SECTIONS 526 & 528 AGAINST ATTORNEY MARC PACHTMAN**

This matter having come before the Court on the Motion of the United United States Trustee, and Attorney Marc Pachtman having failed to answer or respond, it is now on this _____ day of _____, 2019, ORDERED:

A. Attorney Pachtman shall take 3 additional substantive credits in bankruptcy and 3 additional ethical credits related to bankruptcy in addition to the annual minimum CLE required by Pennsylvania;

B. Attorney Pachtman is hereby enjoined from filing any new bankruptcy cases before this Court until he has complied with the provisions of paragraph A above, and filed a Certification with this Court of his compliance, with copy to the U. S. Trustee;

C. The Court shall and does hereby retain jurisdiction for purposes of enforcing any relief granted by reason of this Motion, and reserves the right to impose additional sanctions in the event of non-compliance by Attorney Pachtman.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge