IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: CHAPTER 7
SHYRIA LYONS & ABDULLAH MUKHTAR :
: BANKR. NO. 19-10504-MDC
:
Debtors. :

**ORDER GRANTING THE ACTING UNITED STATES TRUSTEE'S MOTION
PURSUANT TO SECTION 329 AND SECTIONS 526 & 528
AGAINST DEBTORS' ATTORNEY MICHAEL T. MALARICK**

AND NOW, on this __12th__ day of __November__, 2019, it is hereby ORDERED:

A. Attorney Malarick shall take 3 additional substantive credits in either bankruptcy or law practice management and 3 additional ethical credits related to bankruptcy beyond the minimum required annual credits;

B. Attorney Malarick is enjoined from filing any new bankruptcy cases before this Court until he has complied with the provisions of paragraph A above, and filed a Certification with this Court of compliance, with copy to the U. S. Trustee;

C. The Court shall and does hereby retain jurisdiction for purposes of enforcing any relief granted by reason of this Motion, and reserves the right to impose additional sanctions in the event of non-compliance by Attorney Malarick.

_____
HONORABLE MAGDELINE COLEMAN
Chief U.S. Bankruptcy Judge